# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 19 B 25770 |
| Carlos Hale and Deran Dixon, | ) | HON. Timothy A. Barnes |
| | ) | CHAPTER 13 |
| DEBTORS. | ) | |

## NOTICE OF MOTION

TO:   Thomas H. Hooper, Chapter 13 Trustee, 55 E. Monroe St. STE 3850, Chicago, IL 60603, via electronic court notification;

Toyota Motor Credit Corporation, c/o Terri M Long, Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100, Burr Ridge, IL 60527;

BANK OF AMERICA, N.A., c/o Todd J Ruchman, Manley Deas Kochalski LLC
P.O. Box 165028, Columbus, OH 43216-5028;

Please take notice that on July 20, 2023, at 9:30 AM I shall appear before the Honorable Judge Barnes, or any judge sitting in that judge's place, either in courtroom 744 of the United States Bankruptcy Court, Northern District of Illinois, located in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, or electronically as described below, and present the Motion to modify plan, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet, go to this link:** https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 161 329 5276 and the password is 433658. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## **CERTIFICATE OF SERVICE**

   The undersigned, an attorney, certifies that he sent this notice and the attached motion on June 28, 2023, to the Chapter 13 Trustee listed above via electronic court notification and to the creditors listed above and the attached service list via U.S. Mail with postage prepaid from the mailbox located at 11101 S. Western Avenue, Chicago, IL 60643.

*/s/ Mark Bredow*
Attorney for Debtors

The Semrad Law Firm, LLC
11101 S. Western Avenue
Chicago, IL 60643
Ph:  (312) 680-1817
Fax: (312) 680-1838
mbredow@semradlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-25770<br>Northern District of Illinois<br>Eastern Division<br>Wed Jun 28 12:19:13 CDT 2023 | BANK OF AMERICA, N.A.<br>P.O. Box 31785<br>TAMPA, FL 33631-3785 | Exeter Finance LLC, c/o AIS Portfolio Servic<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AVANT<br>222 N. LASALLE ST SUITE 1700<br>CHICAGO, IL 60601-1101 |
| AmeriCash Loans, L.L.C.<br>P.O. Box 1728<br>Des Plaines, IL 60017-1728 | Americash - Bankruptcy<br>Mkt Square Shop Ctr 180 S Bolingbrook Dr<br>Bolingbrook, IL 60440-2852 | BK OF AMER<br>PO BOX 31785<br>TAMPA, FL 33631-3785 |
| Bank of America, N.A.<br>c/o Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028 | Brandon Lefkowitz<br>29777 Telegraph Road, suite 240<br>Southfield, MI 48034-1303 | Brandon S. Lefkowitz<br>29777 Telegraph Rd<br>Suite 2440<br>Southfield, MI 48034-7667 |
| Bright Lending<br>PO Box 578<br>Hays, MT 59527-0578 | CAPITAL ONE<br>PO Box 5294<br>Carol Stream, IL 60197-5294 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CAPITAL ONE, N.A<br>3936 E.Ft. Lowell Road Ste. 200<br>Tucson, AZ 85712-1083 | CB/CARSONS<br>PO Box 659813<br>San Antonio, TX 78265-9113 | (p)CMRE FINANCIAL SERVICES INC<br>3075 E IMPERIAL HWY STE 200<br>BREA CA 92821-6753 |
| COMENITYBANK/NY&CO<br>220 W SCHROCK RD<br>WESTERVILLE, OH 43081-2873 | COMENITYBANK/VICTORIA<br>220 W SCHROCK RD<br>WESTERVILLE, OH 43081-2873 | CREDIT ONE BANK NA<br>PO BOX 98875<br>LAS VEGAS, NV 89193-8875 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Capital One N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | City of Chicago<br>205 W Randolph # 1100<br>c/o Goldman and Grant<br>Chicago, IL 60606-1813 |
| (p)CHICAGO DEPARTMENT OF LAW<br>ATTN BANKRUPTCY UNIT<br>121 N LASALLE ST SUITE 400<br>CHICAGO IL 60602-1264 | DEPT OF EDUCATION/NELN<br>121 S 13TH ST<br>LINCOLN, NE 68508-1904 | EQUIANT FINANCIAL SVCS<br>5401 N PIMA RD STE 150<br>SCOTTSDALE, AZ 85250-2630 |
| Exeter Finance LLC<br>4515 N Santa Fe Ave Dept APS<br>Oklahoma City, OK 73118-7901 | Exeter Finance LLC<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Exeter Finance LLC c/o AIS Portfolio Service<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |

| | | |
|---|---|---|
| FST PREMIER<br>601 S Minneapolis Ave<br>Sioux Falls, SD 57104 | Fst Premier<br>900 W Delaware<br>Sioux Falls, South Dakota 57104-0337 | GM FINANCIAL<br>801 CHERRY ST STE 3900<br>FORT WORTH, TX 76102-6839 |
| GRT AMER FIN<br>205 WEST WACKER DR<br>CHICAGO, IL 60606-1216 | ILLIANA FINANCIAL CRED<br>1600 HUNTINGTON DR<br>CALUMET CITY, IL 60409-5404 | IRS<br>Po Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | JARED GALLERIA<br>375 GHENT RD<br>FAIRLAWN, OH 44333-4601 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| KAY JEWELERS<br>1903 Southlake Mall<br>Merrillville, IN 46410-6434 | KOHLS/CAPONE<br>PO BOX 3115<br>MILWAUKEE, WI 53201-3115 | LENDING CLUB<br>Po Box 659622<br>San Antonio, TX 78265-9622 |
| LVNV FUNDING<br>610 Wlatham Way<br>Sparks, NV 89437-6695 | LVNV FUNDING LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding LLC<br>1161 Lake Cook Rd Ste E<br>c/o Resurgence Legal Group<br>Deerfield, Illinois 60015-5277 |
| LVNV Funding LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | MERRICK BANK CORP<br>One Paces West<br>Suite 1400<br>Atlanta, GA 30327-2734 |
| Merrick Bank Corp<br>PO Box 9201<br>Old Bethpage, New York 11804-9001 | ONEMAIN<br>605 Munn Rd E<br>Fort Mill, SC 29715-8421 | ONEMAIN FINANCIAL<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 |
| OneMain<br>PO Box 3251<br>Evansville, IN 47731-3251 | OneMain<br>PO Box 742536<br>Cincinnati, Ohio 45274-2536 | Opp Loans<br>11 E. Adams St. #501<br>Chicago, IL 60603-6333 |
| Opportunity Financial, LLC<br>130 E. Randolph Street<br>Suite 3400<br>Chicago, IL 60601-6379 | (p)PEOPLES GAS LIGHT & COKE COMPANY<br>200 EAST RANDOLPH ST<br>CHICAGO IL 60601-6433 | PERSONIFY<br>PO Box 500650<br>San Diego, CA 92150-0650 |
| PORTFOLIO RECOV ASSOC<br>POB 41067<br>Norfolk, VA 23541-1067 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | SYNCB/WALMART<br>Po Box 530927<br>Atlanta, GA 30353-0927 |

| | | |
|---|---|---|
| Scolopax, LLC<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>Seattle, WA 98121-3132 | Silver Cloud Financial<br>635 East Hwy 20C<br>Upper Lake, CA 95485 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| TD BANK USA/TARGETCRED<br>PO Box 660170<br>Dallas, TX 75266-0170 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 |
| Target Cash Now<br>PO Box 581<br>Hays, MT 59527-0581 | Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 | US Department of Education c/o Nelnet<br>121 S 13th St, Suite 201<br>Lincoln, NE 68508-1911 |
| WLCC Lending FFG DBA Fair Trust Group<br>PO Box 213 #1<br>Wakpamni Lake housing<br>Batesland, SD 57716-0213 | WLCC Lending FFG d/b/a Falcon Funding Group<br>P.O. Box 171, #1 Wakpamni Lake Hous<br>Batesland, SD 57716-0171 | (p)ROSEBUD LENDING LZO<br>PO BOX 1147<br>MISSION SD 57555-1147 |
| Carlos Hale<br>12442 S. LaSalle<br>Chicago, IL 60628-7317 | Deran Dixon<br>12442 S. LaSalle<br>Chicago, IL 60628-7317 | Megan Swenson<br>The Semrad Law Firm, LLC<br>11101 S. Western Avenue<br>Chicago, IL 60643-3907 |
| Patrick Semrad<br>Robert J. Semrad and Associates, LLC<br>11101 S. Western Avenue<br>Chicago, IL 60643-3907 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Thomas H. Hooper<br>Office of the Chapter 13 Trustee<br>55 E. Monroe St., Suite 3850<br>Suite 3850<br>Chicago, IL 60603-5764 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CAPITAL ONE BANK USA N<br>PO BOX 85520<br>RICHMOND, VA 23285 | CMRE. 877-572-7555<br>3075 E IMPERIAL HWY STE<br>BREA, CA 92821 | City of Chicago Department of Law-Bankruptcy<br>121 N La Salle St.,<br>Suite 400<br>Chicago, Illinois - IL 60602 |
| Illinois Department of Revenue- Bankruptcy S<br>PO Box 19035<br>Springfield, IL 62794 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | PEOPLES ENGY<br>200 EAST RANDOLPH<br>CHICAGO, IL 60601 |
| (d)PEOPLES GAS LIGHT & COKE COMPANY<br>200 EAST RANDOLPH STREET<br>CHICAGO, ILLINOIS 60601 | Portfolio Recovery Associates, LLC<br>c/o Carsons<br>POB 41067<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>c/o New York & Company<br>POB 41067<br>Norfolk VA 23541 |

TOYOTA MOTOR CREDIT
PO Box 5855
Carol Stream, IL 60197

Zoca Loans
1410 SW 3rd St
Pompano Beach, FL 33069

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BANK OF AMERICA, N.A.

(u)Toyota Motor Credit Corporation

(d)Bank of America, N.A.
P.O. Box 31785
Tampa, FL 33631-3785


(d)Brandon S. Lefkowitz
29777 Telegraph Road, Suite 2440
Southfield, MI 48034-7667

End of Label Matrix
Mailable recipients    77
Bypassed recipients     4
Total                  81

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19 B 25770 |
| Carlos Hale and Deran Dixon, ) | HON. Timothy A. Barnes |
| ) | CHAPTER 13 |
| DEBTORS. ) | |

## MOTION TO MODIFY PLAN

NOW COMES the Debtors, Carlos Hale and Deran Dixon, by and through Debtors's attorneys, The Semrad Law Firm, LLC and moves this Honorable Court to modify the confirmed Chapter 13 Plan, and Debtors states the following:

1. On September 12, 2019, Debtors filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. This Honorable Court confirmed the Debtors' Chapter 13 Plan on November 12, 2019.

3. The confirmed Chapter 13 Plan allows for secured creditors to be paid 100.00% of their allowed claims, and non-priority general unsecured creditors to be paid 100.00% of their allowed claims.

4. The confirmed Chapter 13 Plan requires the Debtors to make plan payments to the Chapter 13 Trustee in the amount of $1,760.00 monthly.

5. The Debtors fell behind on plan payments because Debtor Carol Hale was hospitalized in March 2023 after being shot. He had to miss some time at work, and this led to a default accruing the Debtors' payments. Please see attached medical excuse verification.

6. The Debtors now can continue making plan payments moving forward if the default is deferred as Debtor Carlos Hale has returned to work.

7. The Debtors respectfully request that the default, accruing through June 2023 be deferred. The remaining payments under the plan will be $1,760.00 for 19 months, beginning July 2023.

8. The Debtors are in a position to proceed with the instant case.

9. The Debtors filed the instant case in good faith

Debtors pray this Honorable Court for the following relief:

A. This Honorable Court enters an Order deferring the default, accruing through June 2023.

B. The remaining payments under the plan will be $1,760.00 for 19 months, beginning July 2023.

C. For such other and further relief as the Court deems fair and proper.

Respectfully submitted,

*/s/ Mark Bredow*
Attorney for Debtors

The Semrad Law Firm, LLC
11101 S. Western Avenue
Chicago, IL 60643
Ph: (312) 680-1817
Fax: (312) 680-1838
mbredow@semradlaw.com